# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| INNOVIS LABS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00303  SWW |
| BLIZZARD ENTERTAINMENT, INC. | * | |
| | * | |
| | * | |
| Defendant | | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's notice of voluntary dismissal, with prejudice [ECF No. 7].  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] and Plaintiff's request for dismissal with prejudice, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 2ND DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has not entered an appearance in this case, and Plaintiff's notice of dismissal comes before an answer or a motion for summary judgment.